## Groom v. The State.

*Indictment for Leasing Room for Gambling purposes.*

1. *Indictment for leasing room for gambling purposes; evidence.*—Where a defendant is indicted for leasing a room to be used for gaming purposes, any fact that reasonably tends to show that the defendant had knowledge of the unlawful uses to which the premises were put, is admissible in evidence.

2. *Same.*—Where an illegal question is put to a witness without objection, it is not error in the court to permit the further question as to how the witness knew the fact drawn out by the original question.

3. *Offense of keeping a gaming table; how proved.*—The offense of keeping a gaming table may be proven by one, or a series of acts, showing the guilty intention.

4. *Leasing a room for gaming purposes; what sufficient knowledge of unlawful use to authorize conviction.*—Where an owner leases a room to a tenant by the month, without knowledge at the commencement of the term of the unlawful use for which it was rented, and afterwards, having become informed of the unlawful uses to which it was put, continued the lease from month to month, he is guilty under the statute.

APPEAL from Mobile City Court.

Tried before Hon. O. J. SEMMES.

LESLIE B. SHELDON, for appellant.

W. C. FITTS, Attorney-General, *contra.*

The appellant was indicted, tried and convicted of the offense of leasing a room for gaming purposes. From the judgment of conviction he appeals. The judgment of the lower court affirmed.

Opinion by HARALSON, J.